**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 1, 2024

**BY EMAIL**                                                       **FOR FILING UNDER SEAL**

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 5A
New York, New York 10007

> Re:  *United States v. Behnam Shahriyari, et al.*
> **24 Cr. 44**
>
> *United States v. $108,477,203.53,*
> **24 Mag. 381**

Dear Judge Lehrburger:

On January 25, 2024, an indictment, 24 Cr. 44 (the "Indictment"), was returned and filed under seal, together with warrants for the arrests of the charged defendants: Behnam Shahriyari, Morteza Rostam Ghasemi, Mohammadreza Aliakbari, Mohammad Sadegh Karimian, Sitki Ayan, Bahaddin Ayan, and Kasim Oztas. On or about January 30, 2024, an affidavit in support of seizure warrants pursuant to 18 U.S.C. §§ 981 and 982, 21 U.S.C. § 853, and 28 U.S.C. § 2461 (the "Affidavit") was filed under seal in the matter of *United States v. $108,477,203.53*, 24 Mag. 381.

The Government respectfully requests that the Court issue an order unsealing the Indictment and the Affidavit for all purposes, <u>effective as of 11:00 a.m. on February 2, 2024</u>. The Government further requests that this letter also be filed under seal until 11:00 a.m. on February 2, 2024, at which time it be unsealed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

**SO ORDERED:**                                by:  _____
                                                    David W. Denton, Jr. / Nicholas S. Bradley /
_____                        Michael D. Lockard
ROBERT W. LEHRBURGER                                 Assistant United States Attorneys
U.S.M.J.                                             (212) 637- 2744 / -1581 / -2193